**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| KENNETH H. ROBERSON, JR. | Case No.: 18-05432-5-JNC |
| VICKIE H. ROBERSON | |
|     Debtors | |

### DEBTORS' MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1208

NOW COME Kenneth H. Roberson, Jr. and Vickie H. Roberson (the "Debtors"), by and through their undersigned counsel, and hereby move the court pursuant to 11 U.S.C. § 1208 of the Bankruptcy Code for entry of an order dismissing this case. In support of this Motion, Debtors show the court the following:

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and the General Order of Reference from the United States District for the Eastern District of North Carolina dated August 3, 1984. This is a core proceeding in which final orders or judgment may be entered by a bankruptcy court pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is appropriate in this court pursuant to 28 U.S.C. § 1409.

2. On November 8, 2018, ("Petition Date"), the Debtors filed a voluntary petition for relief pursuant to the provisions of chapter 12 of the United States Bankruptcy Code.

3. On June 21, 2019, the Court entered the Order Confirming Chapter 12 Plan (the "Confirmation Order").

4. The Debtors believe that the payments required under the confirmed Chapter 12 Plan are not feasible.

5. Through this Motion, Debtors seek entry of an order dismissing their case.

6. Pursuant to 11 U.S.C. § 1208(b), on the request of the debtor at any time, if the case has not been converted under section 706 or 1112 of this title, the court shall dismiss a case under this chapter.

7. The Debtors' case has not been converted.

8. No prior request for the relief sought herein has been made to this Court.

WHEREFORE, the Debtors respectfully request that the Court immediately dismiss this case and grant such other and further relief as is just and proper.

This the 24th day of November, 2020.

s/Clayton W. Cheek
CLAYTON W. CHEEK
N.C. State Bar No. 30590
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
252-633-1950 (fax)
Email:  clayton@olivercheek.com
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| KENNETH H. ROBERSON, JR. | Case No.: 18-05432-5-JNC |
| VICKIE H. ROBERSON | |
|     Debtors | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the Debtors' Motion to Dismiss Case Pursuant to 11 U.S.C. § 1208 (the "Motion") filed simultaneously herewith in the above-captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that the Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before December 18, 2020; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date to be determined by the United States Bankruptcy Court. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further Notice. Any party filing an objection requesting a hearing shall appear at said hearing or they may be taxed with Court costs.

This, the 24th day of November, 2020.

                                                                                                    s/Clayton W. Cheek
                                                                                                    CLAYTON W. CHEEK
                                                                                                    N.C. State Bar No. 30590
                                                                                                    THE LAW OFFICES OF
                                                                                                    OLIVER & CHEEK, PLLC
                                                                                                    PO Box 1548
                                                                                                    New Bern, NC 28563
                                                                                                    252-633-1930
                                                                                                    252-633-1950 (fax)
                                                                               Email:  clayton@olivercheek.com
                                                                               *Attorneys for Debtors*

## **CERTIFICATE OF SERVICE**

I, Clayton W. Cheek, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 24th day of November, 2020 I served copies of the foregoing pleading on the parties listed below via CM/ECF and on the parties listed on Exhibit A attached hereto via U.S. Mail, First Class, sufficient postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

This the 24th day of November, 2020.

                                                s/Clayton W. Cheek
                                                CLAYTON W. CHEEK
                                                N.C. State Bar No. 30590
                                                THE LAW OFFICES OF
                                                OLIVER & CHEEK, PLLC
                                                PO Box 1548
                                                New Bern, NC 28563
                                                252-633-1930
                                                252-633-1950 (fax)
                                                Email: clayton@olivercheek.com
                                                *Attorneys for Debtors*

cc:
Bankruptcy Administrator    (via CM/ECF)

John C. Bircher III, Esq.    (via CM/ECF)
*Chapter 13 Trustee*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 18-05432-5-JNC<br>Eastern District of North Carolina<br>Raleigh<br>Tue Nov 24 14:56:22 EST 2020 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | BB&T Bankruptcy Section<br>PO Box 1847<br>100-50-01-51<br>Wilson, NC 27894-1847 |
| Battle Winslow Scott & Wiley, P.A.<br>Attn: Scott McKellar<br>P.O. Box 7100<br>Rocky Mount, NC 27804-0100 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | CoBank<br>600 Highway 169 S., Ste. 300<br>Minneapolis, MN 55426-1208 |
| Helena Agri-Enterprises LLC<br>100 Carolina Street<br>West Columbia, SC 29170-2128 | K&J Farms, LLC<br>Attn: Managing Agent<br>PO Box 337<br>Robersonville, NC 27871-0337 | NMHG Financial Services, Inc.<br>PO Box 643749<br>Pittsburgh, PA 15264-3749 |
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Nutrien Ag Solutions, Inc.<br>PO Box 56<br>Boydton, VA 23917-0056 | Nutrien Ag Solutions, Inc.<br>c/o J. Michael Fields, Esq.<br>Post Office Box 8088<br>Greenville, NC 27835-8088 |
| | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7200 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | U. S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 | A. Scott McKellar<br>Battle, Winslow, Scott & Wiley, P.A<br>P.O. Box 7100<br>Rocky Mount, NC 27804-0100 |
| Ag Carolina Farm Credit<br>Attn: Officer or Managing Agent<br>4000 Poole Rd.<br>Raleigh, NC 27610-2923 | Airgas USA, LLC<br>Attn; Offficer/Managing Agent<br>PO Box 9249<br>Marietta, GA 30065-2249 | Allied Finance Group<br>PO Box 1380<br>Sanford, NC 27331-1380 |
| Allpine Oil Corporation<br>Attn: Officer/Managing Agent<br>PO Box 175<br>Robersonville, NC 27871-0175 | Ally Bank<br>PO Box 130424<br>Saint Paul, MN 55113-0004 | B & S Enterprises, Inc.<br>Attn: Officer/Managing Agent<br>1395 US 17 South<br>Elizabeth City, NC 27909-7634 |
| Battle, Winslow, Scott & Wiley PA<br>PO Box 7100<br>Rocky Mount, NC 27804-0100 | Battle, Winslow, Scott & Wiley, P.A.<br>Attn:  A. Scott McKellar<br>P.O. Box 7100<br>Rocky Mount, NC 27804-0100 | Bennette Roberson<br>c/o Stephanie Irvine<br>413 W. Main St.<br>Williamston, NC 27892-2319 |
| Blount Petroleum Corporation<br>Attn: Officer/Managing Agent<br>1110 N. Memorial Dr.<br>Greenville, NC 27834-1403 | Branch Banking and Trust-FDIC<br>200 W. 2nd St.<br>Winston Salem, NC 27101-4019 | CNH Capital America, LLC<br>Attn: Officer or Managing Agent<br>100 Brubaker Ave.<br>New Holland, PA 17557-1661 |

**EXHIBIT A**

| | | |
|---|---|---|
| CNH Industrial Capital<br>Attn: Officer/Managing Agent<br>P.O. Box 71264<br>Philadelphia, PA 19176-6264 | CNH Industrial Capital America LLC<br>c/o Caren D. Enloe<br>PO Box 176010<br>Raleigh NC 27619-6010 | Cashier Service Center<br>Attn: Officer/Managing Agent<br>221 US Hwy 13 Bypass<br>Windsor, NC 27983-7116 |
| City of Robersonville<br>PO Box 487<br>Robersonville, NC 27871-0487 | CoBank<br>Attn: Officer/Agent/Mng Agent<br>6340 South Fiddlers Green Circle<br>Greenwood Village, CO 80111-4951 | Colony Tire Corporation<br>Attn: Officer/Managing Agent<br>PO Box 63382<br>Charlotte, NC 28263-3382 |
| Crop Production Services<br>c/o Luther Starling<br>PO Drawer 1960<br>Smithfield, NC 27577-1960 | E.J. Pope & Son<br>Attn: Officer/Managing Agent<br>PO Drawer 649<br>Mount Olive, NC 28365-0649 | East Coast Equipment<br>Attn: Officer/Managing Agent<br>2112 Central Park Dr.<br>Winterville, NC 28590-7959 |
| Eastern Carolina Ag Services<br>Attn: Officer or Managing Agent<br>6940 US Highway 64<br>Robersonville, NC 27871 | Fairbanks Scales<br>Attn: Officer/Managing Agent<br>821 Locust<br>Kansas City, MO 64106-1925 | Farm Bureau Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Farm Bureau Bank -- FDIC<br>2165 Green Vista Drive<br>Sparks, NV 89431-8511 | Farm Service Agency<br>4407 Bland Road, Suite 175<br>Raleigh, NC 27609-6875 | HYG Financial<br>Attn: Officer/Managing Agent<br>PO Box 105743<br>Atlanta, GA 30348-5743 |
| Harvey Fertilizer and Gas Co.<br>c/o J. Michael Fields<br>PO Box 8088<br>Greenville, NC 27835-8088 | Helena Chemical Company<br>Attn: Managing Agent<br>100 Carolina St.<br>West Columbia, SC 29170-2128 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James R. Holland<br>Smith Moore Leatherwood<br>101 N. Third St., Suite 400<br>Wilmington, NC 28401-4034 | (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | John Deere Financial<br>c/o Weltman, Weinberg and Reis Co., LPA<br>P O Box 93784<br>Cleveland, OH 44101-5784 |
| Josh B. Roberson<br>10352 Hwy 42 East<br>Tarboro, NC 27886 | K&J Farms, LLC<br>PO Box 337<br>Robersonville, NC 27871-0337 | Kenneth H. Roberson, III<br>2538 Winslow Rd.<br>Robersonville, NC 27871-9612 |
| Lilley Idealease, Inc<br>103 East Blvd.<br>Williamston, NC 27892-2657 | MARTIN COUNTY TAX OFFICE<br>PO BOX 664<br>WILLIAMSTON, NC 27892-0664 | Martin County Tax Collector<br>PO Box 664<br>305 East Main St.<br>Williamston, NC 27892-2566 |
| Monsanto Company<br>c/o Sharon Hernandez-B2NB<br>800 N. Lindbergh Blvd.<br>Saint Louis, MO 63167-0001 | NC Dept.  of Agriculture & Consumer<br>Attn: Tina Hlabse<br>1001 Mail Service Center<br>Raleigh, NC 27699-1001 | NMHG Financial Services Inc<br>Attn: Managing Agent<br>c/o HYG Financial Services, Inc.<br>30 Main Street<br>Danbury, CT 06810-3040 |

| | | |
|---|---|---|
| Nash Produce Inc.<br>Attn: Officer or Managing Agent<br>6160 NC Hwy 58<br>Nashville, NC 27856-8642 | North Carolina Department of Rev<br>Attn Bankruptcy<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Nutrien Ag Solutions, Inc.,<br>successor by merger with Crop Production<br>P.O. Box 56<br>Boydton, VA 23917-0056 |
| Parkway Ag Center<br>PO Box 1300<br>Tarboro, NC 27886-1300 | Perdue Farms Agribusiness, LLC<br>Attn: Mark Mundy<br>PO Box 1537<br>Salisbury, MD 21802-1537 | (p)PIEDMONT NATURAL GAS<br>ATTN CBO BANKRUPTCY<br>4339 SOUTH TRYON ST<br>CHARLOTTE NC 28217-1733 |
| Pitt County Tax Office<br>Attn:  Mr. Jeffrey Niebauer<br>P.O. Box 875<br>Greenville, NC 27835-0875 | Rabo Agrifinance<br>Attn: Managing Agent<br>PO Box 410650<br>Saint Louis, MO 63141-0650 | Rabo Agrifinance LLC<br>Constance L. Young<br>Womble Bond Dickinson (US), LLC<br>301 S. College Street, Ste. 3500<br>Charlotte, NC 28202-6050 |
| Robs Hydraulics<br>Attn: Officer/Managing Agent<br>7765 Pitt St.<br>Grimesland, NC 27837 | Smoke House Lumber Co.<br>Attn: Officer/Managing Agent<br>2711 NC Hwy 58<br>Warrenton, NC 27589-9284 | Southern Bank and Trust- FDIC<br>100 N. Center St.<br>Mount Olive, NC 28365-1701 |
| Southern States Cooperative, Inc.<br>Attn: Gary Dickerson, Mgr.<br>6606 West Broad St.<br>Richmond, VA 23230-1731 | Taylor and Jones CPA<br>PO Box 725<br>Farmville, NC 27828-0725 | Total Agronomic Services<br>Attn: Officer or Managing Agent<br>706 River Rd.<br>Washington, NC 27889-3925 |
| TriEst Ag Group, Inc.<br>Attn: Officer/Managing Agent<br>1101 Industrial Blvd.<br>Greenville, NC 27834-9089 | Waters Agriculture Laboratories, In<br>Attn: Managing Agent<br>PO Box 382<br>Camilla, GA 31730-0382 | Wells Fargo<br>Attn: Managing Agent<br>420 Montgomery St.<br>San Francisco, CA 94104-1298 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A. -- FDIC<br>ATTN Officer<br>101 N. Phillips Ave<br>Sioux Falls, SD 57104-6714 |
| Wells Fargo Dealer Services<br>Attn: Correspondence-MAC T9017-026<br>P.o. Box 168048<br>Irving, TX 75016-8048 | Wells Fargo Equipment Finance<br>300 Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069-4417 | Wilmington Trust NA, Coll. Agent<br>ATTN Officer<br>1100 North Market St<br>Wilmington, DE 19890-1100 |
| | (p)JOHN C BIRCHER III<br>WHITE & ALLEN PA<br>1319 COMMERCE DRIVE<br>PO DRAWER U<br>NEW BERN NC 28563-8520 | Kenneth H. Roberson Jr.<br>PO Box 477<br>Robersonville, NC 27871-0477 |

Vickie H. Roberson
PO Box 477
Robersonville, NC 27871-0477